UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:   Jeanette Frances Coulter         )   Chapter 13
                                          )
                                          )   Case No. 1:17-bk-14611-SDR
         Debtor.                          )

AFFIDAVIT OF VALERIE W. EPSTEIN, ESQ.

STATE OF TENNESSEE   )
COUNTY OF HAMILTON   )

The undersigned, Valerie W. Epstein, Esq., after being duly sworn, hereby makes solemn oath:

1. I am an attorney at law and duly admitted and in good standing to practice in the State of Tennessee and I am associated with the Epstein Law Firm, PLLC.

2. Epstein Law Firm, PLLC, maintain offices at 724 Cherry Street, Chattanooga, Tennessee 37402.

3. The bankruptcy petition filed herein with respect to Debtor was a voluntary petition. Epstein Law Firm, PLLC, nor I, filed the bankruptcy petition on behalf of the Debtor and we are a creditor with respect to legal services rendered in pursuit of a products liability claim. However, to the best of my knowledge, this firm nor I, represents any interest adverse to the Debtor, the general creditors, the Trustee or the bankruptcy estate in the above captioned case.

4. To the best of my knowledge, other than the interest disclosed in paragraph 3 of this Affidavit, this firm does not have any interest or connections with the debtor, the general creditors, the United States Trustee, or any person employed in the office of the United States Trustee, or any other party in interest.

_____
Valerie W. Epstein, Esq.

Sworn to and subscribed before me
This 9 day of September, 2021.

_____
NOTARY PUBLIC
My Commission Expires: 01/14/25

Jennifer S. Wright
Notary Public
Hamilton County, State of Tennessee
My Commission Expires 01/14/2025

EXHIBIT
A