## CLOSING STATEMENT

July 8, 2021

| Client Name: Jeanette Coulter<br>Address: 428 Timber Drive<br>City, State, Zip: Dayton, TN 37321 | Client ID #: 2019-01105 |
|---|---|

| | | |
|---|---:|---:|
| **Gross Settlement Award:** | | $100,000.00 |
| Court-Ordered Federal MDL Assessment<br>(10% of Gross Award - see attached for detailed breakdown) | ($10,000.00) | |
| **Final Settlement Award:** | | $90,000.00 |
| Attorneys' Fees<br>(See attached for detailed breakdown) | ($33,000.00) | |
| Expenses<br>(See attached for detailed breakdown) | ($2,460.19) | |
| Medical Liens<br>(See attached for detailed breakdown) | ($12,635.06) | |
| Cash Advancement / Loan Repayment<br>(If applicable) | ($-) | |
| **Total Attorneys' Fees, Expenses, Advances, & Medical Liens:** | ($48,095.25) | |
| **Net Due to Client:** | | $41,904.75 |

AWKO_Depuy SIO_Kiesel Law
Archer Systems • 1775 St. James Place • Suite 200 • Houston, TX 77056



EXHIBIT B

Case 1:17-bk-14611-SDR   Doc 35-2   Filed 09/21/21   Entered 09/21/21 14:17:31   Desc
Closing Statement — Detailed Breakdown   Page 2 of 3

Exhibit B

| Client Name: Jeanette Coulter<br>Address: 428 Timber Drive<br>City, State, Zip: Dayton, TN 37321 | Client ID #: 2019-01105 |
|---|---|

| | |
|---|---:|
| **TOTAL GROSS SETTLEMENT AWARD** | **$100,000.00** |
| **MULTI DISTRICT LITIGATION ASSESSMENT** | |
| 10% of Gross Settlement -Court Ordered Federal MDL PSC Assessment: | ($10,000.00) |
|     Amount of MDL PSC Assessment deducted from Attorneys' Fees: | $7,000.00 |
|     Amount of MDL PSC Assessment deducted from Client Gross Award: | $3,000.00 |
| **TOTAL GROSS SETTLEMENT AMOUNT AFTER MDL ASSESSMENT:** | **$90,000.00** |
| **ATTORNEYS' FEES SUMMARY** | |
| Contingency Fee Contract Rate:     40.00% | |
| Total Gross Attorney Fees: | $40,000.00 |
| Less Amount of MDL PSC Assessment deducted from Attorneys' Fees: | $7,000.00 |
| Less Amount of Common Benefit Expense deducted from Attorneys' Fees: | $- |
| Net Attorneys' Fees distributed to Attorneys: | $33,000.00 |
| | |
| Detailed Breakdown by Law Firm of Attorneys' Fees: | Allocated Fee: |
| Kiesel Law     90.00% | $29,700.00 |
| AWKO     10.00% | $3,300.00 |
| **TOTAL ATTORNEY FEES**     **40.00%** | **($33,000.00)** |
| **MEDICAL LIENS** | |
| Finalized Medical Liens: | $12,635.06 |
| **TOTAL MEDICAL LIENS:** | **($12,635.06)** |
| **EXPENSES** (See attached accounting) | |
| Common Benefit Expenses | $25.00 |
| Case Specific Expenses | $2,435.19 |
| **TOTAL EXPENSES** | **($2,460.19)** |
| **CASH ADVANCES** | |
| Cash Advances | $- |
| **TOTAL CASH ADVANCES** | **($-)** |
| **Total Net Award Due to Client** | **$41,904.75** |

1775 St. James Place • Suite 200 • Houston, TX 77056

## Reimbursable Expenses

| | | |
|---|---|---|
| Copy Charges and Mailing Supplies | $12.70 | |
| Court Costs & Filing Fees | $400.00 | |
| Delivery & Courier Charges | $91.71 | |
| Expert & Medical Record Review | $- | |
| Medical Record Retrieval | $344.26 | |
| Firm Postage and Fax Charges | $21.18 | |
| Legal Research | $- | |
| ▓▓▓ Related Miscellaneous Expenses | $- | |
| Expense Credit | $- | |
| Settlement Fund Administrative Charges | $1,173.60 | |
| Lien Resolution Fee | $350.00 | |
| | | |
| **Total Case Specific Costs** | | $2,393.45 |
| | | |
| **General Expenses** | | $41.74 |
| | | |
| **Total Expenses** | | $2,435.19 |

| | |
|---|---|
| **Total Net Award Due to Client** | $41,904.75 |

AWKO_Depuy SIO_Kiesel Law _▓▓▓
Archer Systems • 1775 St. James Place • Suite 200 • Houston, TX 77056