| | | |
|---|---|---|
| Label Matrix for local noticing<br>0649-1<br>Case 1:17-bk-14611-SDR<br>Eastern District of Tennessee<br>Chattanooga<br>Tue Sep 21 12:48:48 EDT 2021 | Cerastes, LLC<br>C O WEINSTEIN & RILEY, P.S.<br>2001 Western Ave Ste 400<br>Seattle, WA 98121-3132 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Ocwen Loan Servicing, LLC<br>1100 Virginia Drive<br>Suite 175<br>Fort Washington, PA 19034-3278 | PHH Mortgage Corporation<br>PHH Mortgage Corporation<br>1 Mortgage Way<br>Mail Stop SV-22<br>Mount Laurel, NJ 08054-4637 | 1<br>United States Bankruptcy Court<br>31 East 11th Street<br>Chattanooga, TN 37402-4205 |
| AmeriMark Premier<br>ATTN; Bankruptcy Dept.<br>P.O. Box 2845<br>Monroe, WI 53566-8045 | Amerimark<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 | Annette Coulter<br>428 Timber Drive<br>Dayton, TN 37321-5988 |
| (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | Cerastes, LLC<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Comenity Bank/Goodys<br>Attn: Bankruptcy Department<br>P.O Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/JSSCLNDN<br>Attn: Bankruptcy Dept.<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/LNBRYANT<br>Attn: Bankruptcy Dept.<br>4590 E. Broad St.<br>Columbus, OH 43213-1301 | Comenity Bank/Roamans<br>Attn: Bankruptcy Dept.<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/Woman Within<br>Attn: Bankruptcy Dept.<br>4590 E. Broad St.<br>Columbus, OH 43213-1301 | Comenity Capital/BLAIR<br>P.O. Box 182120<br>Columbus, OH 43218-2120 | ComenityBank/FullBeauty<br>Attn: Bankruptcy Dept.<br>4590 E. Broad St.<br>Columbus, OH 43213-1301 |
| ComenityCapital/JDWLLM<br>Attn: Bankruptcy Dept.<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 | Dr Leonards Shop Now<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 | Easy Comforts<br>PO Box 2861<br>Monroe, WI 53566-8061 |
| LVNV Funding, LLC its successors and assigns<br>assignee of NCO Portfolio Management<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lendmark Financial Services<br>1832 Decatur Pike<br>Athens, TN 37303-4984 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 |
| Miles Kimball<br>Attn: Bankruptcy Dept.<br>250 City Center<br>Oshkosh, WI 54906-0001 | Ocwen Loan Servicing LLC<br>Attn: Bankruptcy Department<br>1661 Worthington Rd Ste 100<br>West Palm Beach, FL 33409-6493 | Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Personal Finance Company<br>122 The Crossings<br>Suite 20<br>Crossville, TN 38555-8754 | Personal Finance Company<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | SFC Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C. 29304-1893 | SYNCB/TJX COS DC<br>Attn: Bankruptcy Dept.<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Security Finance<br>Attn:  Bankruptcy Dept.<br>280 2nd Ave, Unit 2<br>Dayton, TN 37321-1226 | Service Loan Company<br>Attn:  Bankruptcy Dept.<br>1470 Market Street<br>Dayton, TN 37321-1284 | Shop Now Pay Plan<br>ATTN: Bankruptcy Dept.<br>PO Box 2862<br>Monroe, WI 53566-8062 |
| United States Trustee<br>Historic U.S. Courthouse<br>31 E. Eleventh Street<br>Fourth Floor<br>Chattanooga, TN 37402-4205 | WEBBANK/Fingerhut<br>Attn:  Bankruptcy Department<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Wakefield & Associates<br>Medical Debt<br>7005 Middlebrook Pike, Ste. 2<br>PO Box 51272<br>Knoxville, TN 37950-1272 |
| Walter Drake Company<br>ATTN:  Bankruptcy<br>250 City Center<br>Oshkosh, WI 54906-0001 | World Finance<br>Attn: Bankruptcy Dept.<br>4155 Rhea County Hwy #300<br>Dayton, TN 37321-6071 | World Finance Corp. c/o World Acceptance Cor<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 |
| Eron H. Epstein<br>Eron H. Epstein, Attorney at Law<br>713 Cherry Street<br>Chattanooga, TN 37402-1910 | Jeanette Frances Coulter<br>428 Timber Drive<br>Dayton, TN 37321-5988 | Kara L. West<br>Chapter 12 & 13 Trustee<br>P.O. Box 511<br>Chattanooga, TN 37401-0511 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P. O. Box  21126<br>Philadelphia,, PA 19114 | CHI MEMORIAL HORTON FAMILY MEDICINE<br>WAKEFIELD AND ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE,TN 37950-0250 | Lendmark Financial Services, LLC<br>2118 Usher Street<br>Covington GA 30014 |

End of Label Matrix
Mailable recipients    44
Bypassed recipients     0
Total                  44