UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Jeanette Frances Coulter | ) | Case No. 1:17-bk-14611-SDR |
| | ) | |
| Debtor | ) | |

### RESPONSE TO MOTION OF DEBTOR TO EMPLOY ATTORNEY

The Standing Chapter 13 Trustee, Kara L. West, through counsel, files this response to the Debtor's motion to employ attorney. The motion lacks a description of the specific facts showing the necessity for the employment at issue and of the professional services to be rendered, both of which are required by Federal Rule of Bankruptcy Procedure 2014(a). The motion is not accompanied by a retainer agreement or employment contract that might indicate the services the attorney anticipates she will perform for the benefit of the Debtor and the bankruptcy estate. Without such information, the Trustee opposes the motion.

Respectfully submitted,

s/ Tracey Weibert
Tracey Weibert (20123)
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261
*Attorney for the Chapter 13 Trustee*

## Certificate of Service

I hereby certify that on October 12, 2021, a copy of the above response was served on those listed below as indicated:

**Via electronic case noticing:**

Eron Epstein – ECF
Valerie Epstein – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the addresses listed:**

Jeanette Frances Coulter
428 Timber Drive
Dayton, TN

By: s/ Tracey Weibert w/permission by LMH (15)
Tracey Weibert (20123)
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261
*Attorney for the Chapter 13 Trustee*