Certificate Number: 16339-TNE-DE-036468153

Bankruptcy Case Number: 17-14611



16339-TNE-DE-036468153

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 11, 2022, at 6:45 o'clock PM EDT, Jeanette Coulter completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Tennessee.

Date:  April 11, 2022             By:    /s/Kelley Tipton

                                  Name:  Kelley Tipton

                                  Title: Certified Financial Counselor